# CERTIFICATE OF SERVICE

STATE OF NEW YORK
COUNTY OF ROCKLAND

   I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Order to Show Cause on February 3, 2010, by depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

HSBC Mortgage Corporation
2929 Walden Ave
Depew, NY 14043

Jeffrey L. Sapir 13 by ECF
399 Knollwood Road Suite 102
White Plains, NY 10603

United States Trustee by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

                                                        ___/s/___ Joshua N. Bleichman
                                                                Joshua N. Bleichman
                                                                  268 Route 59 West
                                                              Spring Valley, NY 10977
                                                                        845-425-2510