UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x    Chapter 7
In Re
Jean Touzin and Marie Clotaire.
                                                        Case No. 09-23953(RDD)
                        Debtors
---------------------------------------------------x

**ORDER TO SHOW CAUSE DIRECTING A REPRESENTATIVE OF HSBC MORTGAGE CORPORATION TO COMPLY WITH ORDER DIRECTING LOSS MITIGATION AND TO APPEAR AT A HEARING ON MAY 11, 2010**

The above debtors (the "Debtors") filed for relief under Chapter 7 of the Bankruptcy Code on October 16, 2009. On November 11, 2009, the Debtors filed a request to engage in loss mitigation with HSBC Mortgage Corporation under the procedures established by the U.S. Bankruptcy Court for the Southern District of New York pursuant to the Administrative Order signed by the Honorable Stuart M. Bernstein, Chief Judge on December 18, 2008. On December 10, 2009, the Court entered an order directing loss mitigation and subjecting the parties to the deadlines therein (the "Loss Mitigation Order"). On March 11, 2010 at the regularly scheduled Loss Mitigation status conference, Debtor's counsel appeared but no representative of HSBC Mortgage Corporation appeared. Debtor's counsel represented at the conference that HSBC Mortgage Corporation had been unresponsive to all overtures made by or on behalf of the Debtor regarding the pending Loss Mitigation. HSBC's failure to comply with the Loss Mitigation Order adversely affects the conduct of this chapter 7 case. Accordingly, it is hereby

ORDERED that HSBC Mortgage Corporation comply with the directives of the Loss Mitigation Order on pain of being found in contempt; and it is further

ORDERED that the absent parties' joint request for additional time in light of good faith efforts to comply with the Loss Mitigation Order, a representative with authority on behalf of HSBC Mortgage Corporation and counsel appear at a Loss Mitigation conference to be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, on May 11, 2010 at 10:00 a.m. in Courtroom 118, at the United States

Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 to report on the progress of the instant Loss Mitigation. Failure to appear as required may result in the imposition of sanctions.

Dated White Plains, New York
      March 24, 2010                                 <u>/s/Robert D. Drain</u>
                                                        Honorable Robert D. Drain
                                                        United States Bankruptcy Judge