# BLEICHMAN & KLEIN

**ATTORNEYS AND COUNSELORS AT LAW**

| | |
|---|---|
| 268 WEST ROUTE 59 | 113 CEDARHILL AVENUE |
| SPRING VALLEY, NY 10977 | MAHWAH, NJ 07430 |
| (845) 425-2510 | (201) 529-3411 |
| JOSHUA N. BLEICHMAN, ADMITTED IN NY | SHMUEL KLEIN, ADMITTED IN NJ |

January 4, 2011

Chambers Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Re: Jean Touzin- Case number: 10-08209

Dear Judge Drain:

This letter serves as a request to withdraw Loss Mitigation for the aforementioned case. This office has made numerous attempts to contact the debtor regarding documents requested by the Bank. The debtor has failed to respond to phone calls, and letters.

If you have any questions or concerns please feel free to contact the office.

Respectfully,

The Law Offices of Bleichman and Klein


By: Samantha Simon, Legal Assistant.